# **EXHIBIT A**

SUBP-002

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| In-Pro per<br>Jamal Rehman, Amanda Leon<br>TELEPHONE NO.: 818-355-3444   FAX NO.:<br>E-MAIL ADDRESS: chicagojumbo1@gmail.com<br>ATTORNEY FOR (Name): IN Pro per Jamal Rehman | |
| NAME OF COURT: Burbank Superior Court Civil Dep.<br>STREET ADDRESS: 300 E. Olive St<br>MAILING ADDRESS: 300 E. Olive St.<br>CITY AND ZIP CODE: Burbank 91266<br>BRANCH NAME: Civil | RECEIVED OCT 12 2016 |
| PLAINTIFF/PETITIONER: Jamal Rehman and Amanda Leon | |
| DEFENDANT/RESPONDENT: Finger Hut and all Bluestem company | |
| CIVIL SUBPOENA (DUCES TECUM) for Personal Appearance and Production of Documents, Electronically Stored Information, and Things at Trial or Hearing and DECLARATION | CASE NUMBER<br>EC 065447 |

THE PEOPLE OF THE STATE OF CALIFORNIA, TO (name, address, and telephone number of witness, if known):
FingerHut and All Bluestem Records Dep. From Past and Present Accounts For Customers C/o Dohn Administration P.O Box 3616 minneapolis MN 55403-0616

1. YOU ARE ORDERED TO APPEAR AS A WITNESS in this action at the date, time, and place shown in the box below UNLESS your appearance is excused as indicated in box 3b below or you make an agreement with the person named in item 4 below.

| a. Date: Nov 21-16  Time: 8:30am | ☐ Dept.: B | ☐ Div.: Civil | ☐ Room: |
|---|---|---|---|
| b. Address: 300 E. Olive St Burbank ca 91266 | | | |

2. IF YOU HAVE BEEN SERVED WITH THIS SUBPOENA AS A CUSTODIAN OF CONSUMER OR EMPLOYEE RECORDS UNDER CODE OF CIVIL PROCEDURE SECTION 1985.3 OR 1985.6 AND A MOTION TO QUASH OR AN OBJECTION HAS BEEN SERVED ON YOU, A COURT ORDER OR AGREEMENT OF THE PARTIES, WITNESSES, AND CONSUMER OR EMPLOYEE AFFECTED MUST BE OBTAINED BEFORE YOU ARE REQUIRED TO PRODUCE CONSUMER OR EMPLOYEE RECORDS.

3. YOU ARE (item a or b must be checked):
   a. ☐ Ordered to appear in person and to produce the records described in the declaration on page two or the attached declaration or affidavit. The personal attendance of the custodian or other qualified witness and the production of the original records are required by this subpoena. The procedure authorized by Evidence Code sections 1560(b), 1561, and 1562 will not be deemed sufficient compliance with this subpoena.
   b. ☑ Not required to appear in person if you produce (i) the records described in the declaration on page two or the attached declaration or affidavit and (ii) a completed declaration of custodian of records in compliance with Evidence Code sections 1560, 1561, 1562, and 1271. (1) Place a copy of the records in an envelope (or other wrapper). Enclose the original declaration of the custodian with the records. Seal the envelope. (2) Attach a copy of this subpoena to the envelope or write on the envelope the case name and number; your name; and the date, time, and place from item 1 in the box above. (3) Place this first envelope in an outer envelope, seal it, and mail it to the clerk of the court at the address in item 1. (4) Mail a copy of your declaration to the attorney or party listed at the top of this form.

4. IF YOU HAVE ANY QUESTIONS ABOUT THE TIME OR DATE YOU ARE TO APPEAR, OR IF YOU WANT TO BE CERTAIN THAT YOUR PRESENCE IS REQUIRED, CONTACT THE FOLLOWING PERSON BEFORE THE DATE ON WHICH YOU ARE TO APPEAR:
   a. Name of subpoenaing party or attorney: Jamal Rehman, Amanda Leon   b. Telephone number: 818-355-3444

5. Witness Fees: You are entitled to witness fees and mileage actually traveled both ways, as provided by law, if you request them at the time of service. You may request them before your scheduled appearance from the person named in item 4.

DISOBEDIENCE OF THIS SUBPOENA MAY BE PUNISHED AS CONTEMPT BY THIS COURT. YOU WILL ALSO BE LIABLE FOR THE SUM OF FIVE HUNDRED DOLLARS AND ALL DAMAGES RESULTING FROM YOUR FAILURE TO OBEY.

Date issued: SEP 07 2016

M. HANKIN
(TYPE OR PRINT NAME)

(SIGNATURE OF PERSON ISSUING SUBPOENA)
COURT SERVICES ASSISTANT III
(TITLE)

(Declaration in support of subpoena on reverse)

Page 1 of 3

Form Adopted for Mandatory Use
Judicial Council of California
SUBP-002 [Rev. January 1, 2012]

CIVIL SUBPOENA (DUCES TECUM) for Personal Appearance and Production of Documents, Electronically Stored Information, and Things at Trial or Hearing and DECLARATION

Code of Civil Procedure, § 1985 et seq.
www.courts.ca.gov

| | |
|---|---|
| PLAINTIFF/PETITIONER: Jamal Rehman Amanda Leon | CASE NUMBER: EC 065447 |
| DEFENDANT/RESPONDENT: Fingerhut and all Bluestem Companys | |

The production of the documents, electronically stored information, or other things sought by the subpoena on page one is supported by (check one):

☐ the attached affidavit or  ☑ the following declaration:

**DECLARATION IN SUPPORT OF CIVIL SUBPOENA (DUCES TECUM) FOR PERSONAL APPEARANCE AND PRODUCTION OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND THINGS AT TRIAL OR HEARING**
(Code Civ. Proc., §§ 1985, 1987.5)

1. I, the undersigned, declare I am the ☑ plaintiff ☐ defendant ☐ petitioner ☐ respondent ☑ attorney for (specify): IN Pro-Per ☐ other (specify): in the above-entitled action.

2. The witness has possession or control of the documents, electronically stored information, or other things listed below, and shall produce them at the time and place specified in the Civil Subpoena for Personal Appearance and Production of Records at Trial or Hearing on page one of this form (specify the exact documents or other things to be produce; if electronically stored information is demanded, the form or forms in which each type of information is to be produced may be specified):

   All Electronical Records For Account For Jamal Rehman and Amanda Leon
   All Records of Billing Electronical or paper For Jamal Rehman and Amanda Leon
   All Records of calling and all and any attempts to collect a debt from Jamal Rehman, and Amanda
   Any and all Records Pertaining to any and all Phone numbers Pertaining to Jamal Rehman and Amanda Leon
   Any and all Documents that show the Fingerhut and all Bluestem Records of any settlements Do to any of there alligations

   ☐ Continued on Attachment 2.

3. Good cause exists for the production of the documents, electronically stored information, or other things described in paragraph 2 for the following reasons: Plaintiff admiting liability of there violations of Fingerhut, Bluestem has contacted Jamal Rehman, and Amanda Leon Civil Rights by not Following the Telephone Consumer Protection Act 47 U.S.C. 227 (TCPA) Laws, And contacting Plaintiffs on many actions using there Prerecorded voice calls to try to collect a debt, and they have records of it.

   ☐ Continued on Attachment 3.

4. The documents, electronically stored information, or other things described in paragraph 2 are material to the issues involved in this case for the following reasons: These records will prove the exact amount of violations, in this case Illegal calls made to Plaintiffs. This will Show the exact amount the Defendts liabile to Pay for the relif in this case (EC 065447) Plaintiff must have all there Records to Support Relif Requested.

   ☐ Continued on Attachment 4.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: 5-7-16

Jamal Rehman
(TYPE OR PRINT NAME)

(SIGNATURE OF ☑ SUBPOENAING PARTY ☑ ATTORNEY FOR SUBPOENAING PARTY)
IN Pro-Per

**Request for Accommodations**

Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least five days before the date on which you are to appear. Contact the clerk's office or go to www.courts.ca.gov/forms for *Request for Accommodations by Persons With Disabilities and Response* (form MC-410). (Civil Code, § 54.8.)

(Proof of service on page 3)

SEC. Counsel should attempt to complete all discovery except depositions of experts by the Case Management Conference 140 days after the filing of the complaint.

Request for Trial Setting:    Will no longer be used in the North Central District.

## CASE MANAGEMENT CONFERENCE

The conference shall be held on the first available court day following 140 days after the complaint is filed. The date for conference will be assigned by the Clerk when the complaint is filed. Plaintiff shall serve notice of the conference on all parties in the case at least forty five (45) days prior to the date of said status conference.

## STATUS CONFERENCE/SETTLEMENT CONFERENCE

A status/settlement conference may be calendared at the Court's discretion. Trial attorney and parties in propria persona must appear at the status conference. Compliance with Los Angeles Superior Court Local Rule 3.9(d) is required unless expressly excused by the Court.

## SANCTIONS

The Court will impose appropriate sanctions for the failure or refusal (1) to comply with the Rule; (2) to comply with any Order made hereunder; or (3) to meet the time standards and/or deadlines established herein. Such sanctions may include: (1) dismissal of the action; (2) striking of a responsible pleading and entry of default; (3) vacating a trial date with the possible consequence of dismissal under Code of Civil Procedure, Section 583.36 or 583.420; (4) evidentiary and witness limitation restrictions or exclusions; (5) reasonable monetary sanctions, and/or (6) other reasonable sanctions as authorized by Code of Civil Procedure, Sections 128, 128.5, 177.5, 575.2, 583.430, 2016-2036, Government Code Section 68609(d), and California Rule of Court 2.30. Such sanctions may be imposed on a party and/or if appropriate, on the Counsel for such party. **Plaintiff's and defendant's Counsel are ordered to serve a copy of these Orders on all defendants and cross-defendants concurrent with service of the summons and complaint or cross complaint.**

Mary Thornton House
Supervising Judge
North Central District

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):* ~~Fingerhut and Bluestem~~ All (Bluestem ~~Enterprise Company~~) Companys
Fingerhut and all Bluestem Companys

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Jamal Rehman, and Amanda Leon IN P/O-P/r

**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

CONFORMED COPY
ORIGINAL FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

JUN 24 2016

Sherri R. Carter, Executive Officer/Clerk
BY _____, Deputy
Heidi Hankins

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is: Superior Court, North Central
*(El nombre y dirección de la corte es):* Burbank Courthouse, 300 E. Olive St. Burbank Ca. 91205

**CASE NUMBER:** *(Número del Caso)* EC 065447

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Jamal Rehman and Amanda Leon 1007 E. Harvard St. Glendale Ca 91205

DATE: JUN 24 2016    SHERRI R. CARTER    Clerk, by    M. HANKINS    , Deputy
*(Fecha)*    EXECUTIVE OFFICER/CLERK    *(Secretario)*    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)          ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* Jamal Rehman<br>Amanda Leon 1007 E. Harvard St. Glendale Ca. 91205 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: 818-334-6966  FAX NO.: | **CONFORMED COPY**<br>**ORIGINAL FILED**<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES |
| ATTORNEY FOR *(Name):* IN Pro-Per Plaintiff Jamal Rehman, Amanda Leon | |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF Los Angeles | **JUN 24 2016** |
| STREET ADDRESS: 300 E Olive St. Burbank ca 91205 | |
| MAILING ADDRESS: 300 E. Olive St. Burbank Ca. 91205 | Sherri R. Carter, Executive Officer/Clerk |
| CITY AND ZIP CODE: Burbank Ca 91205 | BY _____, Deputy |
| BRANCH NAME: North Central Burbank Courthouse | Heidi Hankins |
| CASE NAME: | |

| CIVIL CASE COVER SHEET<br>☒ Unlimited  ☐ Limited<br>(Amount demanded exceeds $25,000)  (Amount demanded is $25,000 or less) | Complex Case Designation<br>☐ Counter  ☐ Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>**EC 065447**<br>JUDGE:<br>DEPT: |
|---|---|---|

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

   **Auto Tort**
   ☐ Auto (22)
   ☐ Uninsured motorist (46)

   **Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
   ☐ Asbestos (04)
   ☐ Product liability (24)
   ☐ Medical malpractice (45)
   ☐ Other PI/PD/WD (23)

   **Non-PI/PD/WD (Other) Tort**
   ☐ Business tort/unfair business practice (07)
   ☒ Civil rights (08)
   ☐ Defamation (13)
   ☐ Fraud (16)
   ☐ Intellectual property (19)
   ☐ Professional negligence (25)
   ☒ Other non-PI/PD/WD tort (35)

   **Employment**
   ☐ Wrongful termination (36)
   ☐ Other employment (15)

   **Contract**
   ☐ Breach of contract/warranty (06)
   ☐ Rule 3.740 collections (09)
   ☐ Other collections (09)
   ☐ Insurance coverage (18)
   ☐ Other contract (37)

   **Real Property**
   ☐ Eminent domain/Inverse condemnation (14)
   ☐ Wrongful eviction (33)
   ☐ Other real property (26)

   **Unlawful Detainer**
   ☐ Commercial (31)
   ☐ Residential (32)
   ☐ Drugs (38)

   **Judicial Review**
   ☐ Asset forfeiture (05)
   ☐ Petition re: arbitration award (11)
   ☐ Writ of mandate (02)
   ☐ Other judicial review (39)

   **Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
   ☐ Antitrust/Trade regulation (03)
   ☐ Construction defect (10)
   ☐ Mass tort (40)
   ☐ Securities litigation (28)
   ☐ Environmental/Toxic tort (30)
   ☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)

   **Enforcement of Judgment**
   ☐ Enforcement of judgment (20)

   **Miscellaneous Civil Complaint**
   ☐ RICO (27)
   ☐ Other complaint *(not specified above)* (42)

   **Miscellaneous Civil Petition**
   ☐ Partnership and corporate governance (21)
   ☐ Other petition *(not specified above)* (43)

2. This case ☒ is ☐ is not complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. ☐ Large number of separately represented parties
   b. ☒ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. ☐ Substantial amount of documentary evidence
   d. ☐ Large number of witnesses
   e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. ☐ Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. ☐ monetary  b. ☒ nonmonetary; declaratory or injunctive relief  c. ☒ punitive
4. Number of causes of action *(specify):* Intentional Infliction of Emotional Distress
5. This case ☐ is ☒ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: 5-27-16

Jamal Rehman
(TYPE OR PRINT NAME)                               ▶ _____
                                                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on **all** other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

| Form Adopted for Mandatory Use<br>Judicial Council of California | **CIVIL CASE COVER SHEET** | Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;<br>Cal. Standards of Judicial Administration, std. 3.10 |
|---|---|---|

| SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES | CONFORMED COPY<br>ORIGINAL FILED<br>SUPERIOR COURT OF CALIFORNIA<br>COUNTY OF LOS ANGELES |
|---|---|
| COURTHOUSE ADDRESS:<br>300 East Olive Avenue, Burbank, CA 91502 | JUN 24 2016 |
| PLAINTIFF: | |
| DEFENDANT: | Sherri R. Carter, Executive Officer/Clerk<br>BY _Hankins_, Deputy<br>Heidi Hankins |
| NOTICE OF CASE MANAGEMENT CONFERENCE | CASE NUMBER:<br>EC 065447 |

TO THE PLAINTIFF(S)/ATTORNEY(S) FOR PLAINTIFF(S) OF RECORD:

You are ordered to serve this notice of hearing on all parties/attorneys of record forthwith, and meet and confer with all parties/attorneys of record about the matters to be discussed no later than 30 days before the Case Management Conference.

Your Case Management Conference has been scheduled at the courthouse address shown above on:

Date: NOV 2 1 2016    Time: 8:30 am    Dept.: A/B

NOTICE TO DEFENDANT: THE SETTING OF THE CASE MANAGEMENT CONFERENCE DOES NOT EXEMPT THE DEFENDANT FROM FILING A RESPONSIVE PLEADING AS REQUIRED BY LAW.

Pursuant to California Rules of Court, rules 3.720-3.730, a completed Case Management Statement (Judicial Council form # CM-110) must be filed at least 15 calendar days prior to the Case Management Conference. The Case Management Statement may be filed jointly by all parties/attorneys of record or individually by each party/attorney of record. You must be familiar with the case and be fully prepared to participate effectively in the Case Management Conference.

At the Case Management Conference, the Court may make pretrial orders including the following, but not limited to, an order establishing a discovery schedule; an order referring the case to Alternative Dispute Resolution (ADR); an order reclassifying the case; an order setting subsequent conference and the trial date; or other orders to achieve the goals of the Trial Court Delay Reduction Act (Gov. Code, § 68600 et seq.)

Notice is hereby given that if you do not file the Case Management Statement or appear and effectively participate at the Case Management Conference, the Court may impose sanctions, pursuant to LASC Local Rule 3.37, Code of Civil Procedure sections 177.5, 575.2, 583.150, 583.360 and 583.410, Government Code section 68608, subdivision (b), and California Rules of Court, rule 2.2 et seq.

Dated: JUN 2 4 2016

_Mary Thornton House_
Judicial Officer
MARY THORNTON HOUSE
SUPERVISING JUDGE

### CERTIFICATE OF SERVICE

I, the below named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Notice of Case Management Conference upon each party or counsel named below:

☐ by depositing in the United States mail at the courthouse in _____, California, one copy of the original filed herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid.

☐ by personally giving the party notice upon filing of the complaint.

SHERRI R. CARTER, Executive/Officer Clerk

Dated: JUN 2 4 2016    By _Hankins_
Deputy Clerk
H. HANKINS

LACIV 132 (Rev. 07/13)
LASC Approved 10-03
For Optional Use

**NOTICE OF
CASE MANAGEMENT CONFERENCE**

Cal. Rules of Court, rules 3.720-3.730
LASC Local Rules, Chapter Three

| SHORT TITLE: | CASE NUMBER |
|---|---|
| | EC 065447 |

# CIVIL CASE COVER SHEET ADDENDUM AND STATEMENT OF LOCATION
## (CERTIFICATE OF GROUNDS FOR ASSIGNMENT TO COURTHOUSE LOCATION)

This form is required pursuant to Local Rule 2.0 in all new civil case filings in the Los Angeles Superior Court.

**Item I.** Check the types of hearing and fill in the estimated length of hearing expected for this case:

JURY TRIAL? ☒ YES   CLASS ACTION? ☐ YES   LIMITED CASE? ☐ YES   TIME ESTIMATED FOR TRIAL 3 months ☐ HOURS/ ☐ DAYS

**Item II.** Indicate the correct district and courthouse location (4 steps – If you checked "Limited Case", skip to Item III, Pg. 4):

**Step 1:** After first completing the Civil Case Cover Sheet form, find the main Civil Case Cover Sheet heading for your case in the left margin below, and, to the right in Column **A**, the Civil Case Cover Sheet case type you selected.

**Step 2:** Check <u>one</u> Superior Court type of action in Column **B** below which best describes the nature of this case.

**Step 3:** In Column **C**, circle the reason for the court location choice that applies to the type of action you have checked. For any exception to the court location, see Local Rule 2.0.

### Applicable Reasons for Choosing Courthouse Location (see Column C below)

1. Class actions must be filed in the Stanley Mosk Courthouse, central district.
2. May be filed in central (other county, or no bodily injury/property damage).
3. Location where cause of action arose.
4. Location where bodily injury, death or damage occurred.
5. Location where performance required or defendant resides.
6. Location of property or permanently garaged vehicle.
7. Location where petitioner resides.
8. Location wherein defendant/respondent functions wholly.
9. Location where one or more of the parties reside.
10. Location of Labor Commissioner Office

**Step 4:** Fill in the information requested on page 4 in Item III; complete Item IV. Sign the declaration.

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| Auto Tort | Auto (22) | ☐ A7100  Motor Vehicle - Personal Injury/Property Damage/Wrongful Death | 1., 2., 4. |
| | Uninsured Motorist (46) | ☐ A7110  Personal Injury/Property Damage/Wrongful Death – Uninsured Motorist | 1., 2., 4. |
| Other Personal Injury/ Property Damage/ Wrongful Death Tort | Asbestos (04) | ☐ A6070  Asbestos Property Damage | 2. |
| | | ☐ A7221  Asbestos - Personal Injury/Wrongful Death | 2. |
| | Product Liability (24) | ☐ A7260  Product Liability (not asbestos or toxic/environmental) | 1., 2., 3., 4., 8. |
| | Medical Malpractice (45) | ☐ A7210  Medical Malpractice - Physicians & Surgeons | 1., 4. |
| | | ☐ A7240  Other Professional Health Care Malpractice | 1., 4. |
| | Other Personal Injury Property Damage Wrongful Death (23) | ☐ A7250  Premises Liability (e.g., slip and fall) | 1., 4. |
| | | ☐ A7230  Intentional Bodily Injury/Property Damage/Wrongful Death (e.g., assault, vandalism, etc ) | 1., 4. |
| | | ☐ A7270  Intentional Infliction of Emotional Distress | 1., 3. |
| | | ☐ A7220  Other Personal Injury/Property Damage/Wrongful Death | 1., 4. |

| SHORT TITLE: | CASE NUMBER |
|---|---|
|  |  |

| | A<br>Civil Case Cover Sheet<br>Category No. | B<br>Type of Action<br>(Check only one) | C<br>Applicable Reasons -<br>See Step 3 Above |
|---|---|---|---|
| Judicial Review | Asset Forfeiture (05) | ☐ A6108  Asset Forfeiture Case | 2., 6. |
| | Petition re Arbitration (11) | ☐ A6115  Petition to Compel/Confirm/Vacate Arbitration | 2., 5. |
| | Writ of Mandate (02) | ☐ A6151  Writ - Administrative Mandamus<br>☐ A6152  Writ - Mandamus on Limited Court Case Matter<br>☐ A6153  Writ - Other Limited Court Case Review | 2., 8.<br>2.<br>2. |
| | Other Judicial Review (39) | ☐ A6150  Other Writ /Judicial Review | 2., 8. |
| Provisionally Complex Litigation | Antitrust/Trade Regulation (03) | ☐ A6003  Antitrust/Trade Regulation | 1., 2., 8. |
| | Construction Defect (10) | ☐ A6007  Construction Defect | 1., 2., 3. |
| | Claims Involving Mass Tort (40) | ☐ A6006  Claims Involving Mass Tort | 1., 2., 8. |
| | Securities Litigation (28) | ☐ A6035  Securities Litigation Case | 1., 2., 8. |
| | Toxic Tort Environmental (30) | ☐ A6036  Toxic Tort/Environmental | 1., 2., 3., 8. |
| | Insurance Coverage Claims from Complex Case (41) | ☐ A6014  Insurance Coverage/Subrogation (complex case only) | 1., 2., 5., 8. |
| Enforcement of Judgment | Enforcement of Judgment (20) | ☐ A6141  Sister State Judgment<br>☐ A6160  Abstract of Judgment<br>☐ A6107  Confession of Judgment (non-domestic relations)<br>☐ A6140  Administrative Agency Award (not unpaid taxes)<br>☐ A6114  Petition/Certificate for Entry of Judgment on Unpaid Tax<br>☐ A6112  Other Enforcement of Judgment Case | 2., 9.<br>2., 6.<br>2., 9.<br>2., 8.<br>2., 8.<br>2., 8., 9. |
| Miscellaneous Civil Complaints | RICO (27) | ☐ A6033  Racketeering (RICO) Case | 1., 2., 8. |
| | Other Complaints (Not Specified Above) (42) | ☐ A6030  Declaratory Relief Only<br>☐ A6040  Injunctive Relief Only (not domestic/harassment)<br>☐ A6011  Other Commercial Complaint Case (non-tort/non-complex)<br>☐ A6000  Other Civil Complaint (non-tort/non-complex) | 1., 2., 8.<br>2., 8.<br>1., 2., 8.<br>1., 2., 8. |
| Miscellaneous Civil Petitions | Partnership Corporation Governance (21) | ☐ A6113  Partnership and Corporate Governance Case | 2., 8. |
| | Other Petitions (Not Specified Above) (43) | ☐ A6121  Civil Harassment<br>☐ A6123  Workplace Harassment<br>☐ A6124  Elder/Dependent Adult Abuse Case<br>☐ A6190  Election Contest<br>☐ A6110  Petition for Change of Name<br>☐ A6170  Petition for Relief from Late Claim Law<br>☐ A6100  Other Civil Petition | 2., 3., 9.<br>2., 3., 9.<br>2., 3., 9.<br>2.<br>2., 7.<br>2., 3., 4., 8.<br>2., 9. |

LACIV 109 (Rev. 03/11)
LASC Approved 03-04

**CIVIL CASE COVER SHEET ADDENDUM
AND STATEMENT OF LOCATION**

Local Rule 2.0
Page 3 of 4

**FW-003**

# Order on Court Fee Waiver (Superior Court)

*Clerk stamps date here when form is filed.*

**FILED**
LOS ANGELES SUPERIOR COURT
JUN 24 2016
Sherri R. Carter, Executive Officer/Clerk
By _____, Deputy

(1) **Person who asked the court to waive court fees:**
Name: Amanda Leon
Street or mailing address: 1007 East Harvard St.
City: Glendale    State: CA    Zip: 91205

(2) **Lawyer, if person in (1) has one** *(name, address, phone number, e-mail, and State Bar number):* Pro · Per

*Fill in court name and street address:*
Superior Court of California, County of
LASC-NORTH CENTRAL DISTRICT
BURBANK COURTHOUSE
300 EAST OLIVE AVENUE
BURBANK, CA 91502

(3) A request to waive court fees was filed on *(date):* JUN 2 4 2016
☐ The court made a previous fee waiver order in this case on *(date):*

*Fill in case number and name:*
Case Number: EC065447

Case Name:

*Read this form carefully. All checked boxes ☑ are court orders.*

---

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for $10,000 or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

---

(4) After reviewing your:    ☐ Request to Waive Court Fees    ☐ Request to Waive Additional Court Fees
the court makes the following orders:

a. ☑ The court grants your request, as follows:

(1) ☑ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. *(Cal. Rules of Court, rules 3.55 and 8.818.)* You do not have to pay the court fees for the following:

• Filing papers in Superior Court
• Making copies and certifying copies
• Sheriff's fee to give notice
• Court fee for phone hearing
• Giving notice and certificates
• Sending papers to another court department
• Court-appointed interpreter in small claims court
• Reporter's fee for attendance at hearing or trial, if reporter provided by the court
• Assessment for court investigations under Probate Code section 1513, 1826, or 1851
• Preparing, certifying, copying, and sending the clerk's transcript on appeal
• Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
• Making a transcript or copy of an official electronic recording under rule 8.835

(2) ☐ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. *(Cal. Rules of Court, rule 3.56.)* You do not have to pay for the checked items.

☐ Jury fees and expenses
☐ Fees for court-appointed experts
☐ Other *(specify):* _____
☐ Fees for a peace officer to testify in court
☐ Court-appointed interpreter fees for a witness

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2015, Mandatory Form
Government Code, § 68634(e)
Cal. Rules of Court, rule 3.52

**Order on Court Fee Waiver (Superior Court)**    FW-003, Page 1 of 2

**FW-003** Order on Court Fee Waiver (Superior Court)

| Clerk stamps date here when form is filed. |
|---|
| **FILED** |
| LOS ANGELES SUPERIOR COURT |
| JUN 24 2016 |
| Sherri R. Carter, Executive Officer/Clerk |
| By _____, Deputy |

(1) **Person who asked the court to waive court fees:**
Name: Danal Rehman
Street or mailing address: 1007 E Hervard St
City: Glendale  State: CA  Zip: 91205

(2) **Lawyer, if person in (1) has one** (name, address, phone number, e-mail, and State Bar number): N/A

Fill in court name and street address:
Superior Court of California, County of

LASC-NORTH CENTRAL DISTRICT
BURBANK COURTHOUSE
300 EAST OLIVE AVENUE
BURBANK, CA 91502

(3) A request to waive court fees was filed on (date) JUN 24 2016
☐ The court made a previous fee waiver order in this case on (date):

Fill in case number and name:
Case Number: **EC 065447**
Case Name:

*Read this form carefully. All checked boxes ☑ are court orders.*

**Notice:** The court may order you to answer questions about your finances and later order you to pay back the waived fees. If this happens and you do not pay, the court can make you pay the fees and also charge you collection fees. If there is a change in your financial circumstances during this case that increases your ability to pay fees and costs, you must notify the trial court within five days. (Use form FW-010.) If you win your case, the trial court may order the other side to pay the fees. If you settle your civil case for $10,000 or more, the trial court will have a lien on the settlement in the amount of the waived fees. The trial court may not dismiss the case until the lien is paid.

(4) After reviewing your:   ☑ Request to Waive Court Fees   ☐ Request to Waive Additional Court Fees
the court makes the following orders:

a. ☑ The court **grants** your request, as follows:

   (1) ☑ **Fee Waiver.** The court grants your request and waives your court fees and costs listed below. (*Cal. Rules of Court, rules 3.55 and 8.818.*) You do not have to pay the court fees for the following:
   - Filing papers in Superior Court
   - Making copies and certifying copies
   - Sheriff's fee to give notice
   - Court fee for phone hearing
   - Giving notice and certificates
   - Sending papers to another court department
   - Court-appointed interpreter in small claims court
   - Reporter's fee for attendance at hearing or trial, if reporter provided by the court
   - Assessment for court investigations under Probate Code section 1513, 1826, or 1851
   - Preparing, certifying, copying, and sending the clerk's transcript on appeal
   - Holding in trust the deposit for a reporter's transcript on appeal under rule 8.130 or 8.834
   - Making a transcript or copy of an official electronic recording under rule 8.835

   (2) ☐ **Additional Fee Waiver.** The court grants your request and waives your additional superior court fees and costs that are checked below. (*Cal. Rules of Court, rule 3.56.*) You do not have to pay for the checked items.
   ☐ Jury fees and expenses
   ☐ Fees for court-appointed experts
   ☐ Other (specify): _____
   ☐ Fees for a peace officer to testify in court
   ☐ Court-appointed interpreter fees for a witness

Judicial Council of California, www.courts.ca.gov
Revised July 1, 2015, Mandatory Form
Government Code, § 68634(e)
Cal. Rules of Court, rule 3.52

**Order on Court Fee Waiver (Superior Court)**   FW-003, Page 1 of 2

Jamal Rehman Pro Per Plaintiff
Amanda leon Proago Per Plaintiff
1007 E. Harvard st. Glendale Ca, 91205
1-818-355-3444 and 1-818-220-3357
E-mail chicagojaml81@gmail.com

CONFORMED COPY
ORIGINAL FILED
SUPERIOR COURT OF CALIFORNIA
COUNTY OF LOS ANGELES

JUN 24 2016

Sherri R. Carter, Executive Officer/Clerk
BY _____, Deputy
Heidi Hankins

## Superior Court of California, County of Los Angeles
## North Central District-Burbank Court House
## 300 East Olive Avenue Burbank, CA. 91205

Jamal Rehman IN
Amanda Leon Pro PER
Plaintiffs                    vs.

EC 065447

Fingerhut and all Bluestem company

Defendant

# COMPALINT

I, Jamal Rehman and Amanda Leon in Pro-Per am respectfully requesting that this court review this complaint due to the fact that Plaintiffs both resided in this courts juristiction at the time of the incident. Both Plaintiffs still reside in this courts juristiction. Futhermore the Plaintiffs will demonstrate that there is extrordinary sercumstances in this case and requests court to dismiss any motions demurrer propose order point and authorities of the Defendant and move to make judgment in favor of the plaintiff and grant all relief sought by Plaintiff. However if the court is not able to make judgement at this time the Plaintiff is requesting the court expedite this case and move to calander this case to court at its earliest juncture. There are two complaints and violations of the law that the Defendant is responsible and liable for.

1. Defendant's violation of Telephone Consumer Protection Act 47U.S.C.227 (TCPA) by using an Autodialer or Prerecorded Voice to call Plaintiffs cell phone on more than 200 illegal occassions.

2. Defendant's violation of the Truth In Lending Act (TLA) when Defendant sold the Plaintiffs merchandise that was marked up and had hidden charges.

The court should also take into consideration that there is a class action lawsuit against the Deffendant and that the Plaintiffs have taken all proper steps to esclude themselves from any settlement from those class action lawsuits. Plaintiffs mailed the neccessary documents to exclude them from the class action lawsuit this making it possible for their complaints today. The law does not prohibit Plaintiffs from filing their own complaints as long as Plaintiffs abide by the required documents be mailed to the proper courts. (see attatched letter to Bluestem TCPA Administration)

The Defendant Fingerhut (Bluestem Brand Inc) violated the Telephone Consumers Protection Act 47U.S.C.227 (TCPA) when contacting Plaintiffs over 200 times with a non-emergency phone calls from or on behalf of Bluestem Brands Inc between 9/11/2009 and 11/15/14 using an automated telephone dialing system and/or an artificial or prerecorded voice, in an attempt to collect an alleged debt on a Fingerhut, Gettington or Paycheck Direct credit account. The Plaintiffs were affected directly by the Defendants (Fingerhut) when they used their Autodialer or Prerecorded Voice to call both the Plaintiffs cell phones in an attempt to collect a debt. Plaintiffs was contacted by the Defendant Bluestem Brands Inc (Fingerhut) at the most inappropriate times when they were using their illegal Autodialer to try to collect a debt that was owed to them from both Plaintiffs Jamal Rehman and Amanda Leon also Husband and Wife. unlike the other people that had their rights violated by the Defendant Bluestem Brands Inc, we recieved these illegal calls at a much higher volume due to the fact that we shared phones through 9/11/2009 and 11/15/2014 and we have two seperate accounts. Just because of that simple reason the illegal Autodialer calls never seemed to stop. There is also the matter that the Plaintiffs was between jobs off and on or unemployed due to the economy coming to almost a complete hault. Because of that both Plaintiffs (Husband and Wife) were out of work and unemployed. This caused an unbelievable amount of illegal, Prerecorded, artificial calls to pour in. Both Plaintiffs were lost and confused on what to do so they contacted Bluestem Brands Inc (Fingerhut) on many occassions in attempt to relieve some of the pressure the Defendant had been putting on them. this did no good, and the calls kept pouring in. The Plaintiffs (Jamal Rehman and Amanda Leon) were left with no other choice but to change their number and try to put that nighmare behind them and move on with their lives. Then when the Plaintiffs thought that all this was behing them they recieved a postcard and email regarding the Defendants violation of the Plaintiffs rights. An email explaining to the Plaintiffs that Bluestem Brands Inc (Fingerhut) the Defendant has also been violating the Truth In Lending Act, State Consumer Protection Laws, and State Usery Laws. The Defendant Bluestem Brands Inc (Fingerhut) had been targeting low income customers with bad credit (the Plaintiffs Jamal Rehman and Amanda Leon) and charging them higher prices than other websites owned by the same company. The Defendants massive mark up on products is actually a finance charge in disguise which violates the Truth In Lending Act, State Consumer Protection Laws and State Usery Laws. These kind of actions and iolations are down right criminal and if i the PLaintiffs

were to do something even remotely like the Defendant Bluestem Brands Inc (Fingerhut) i would be held accountable by a jury of my peers that would most likely have me put in prison an most definitely have me paying for any and all violations. When the Defendant notified me with their violation of my rights and asking the Plaintiffs to be part of a different settlement they addmitted liability to the violations in this complaint. (please see attatched postcards) Due to these extrordinary circumstances and the Defendant admitting guilt in another court shows not only does the Plaintiffs complaints have merrit but are just in all relief requested must be awarded to the Plainiffs in this matter. The relief requested by the Plaintiffs is only half of maximum penalty for violating the TCPA Laws47U.S.C.227 (TCPA) penalties of $500-$1,500 per phone call. The Plaintiffs are only requesting half, not the maximum, per call which would be $750 per call. Taking into consideration that the Plaintiffs could be seaking the maximum which would be double the $750 per call, this is not an unreasonable request. Now regarding the second part of the complaint the Defendants Bluestem Brands Inc (Fingerhut) violation of the Truth In Lending act, numerous State Law violations and State Usery Laws there is no set guidelines for amount to awarded in such cases. The Plaintiffs is only requesting $10,000 for Punitive Damages and any and all other damages in the second part of the complaint. The law allows an unlimited amount due to Punitive Damages and other damages because of the Defendants violations in the second part of the complaint. Taking that into consideration $10,000 is more than a reasonable amount requested for the second half of the complaint.

The court taking all facts into consideration will see the Defendant has already admitted guilt and is liable for all relief sought by Plaintiffs (Jamal Rehman and Amanda Leon). We are now requesting the court to make judgement in favor of the Plaintiffs and grant all relief requested below.

# RELIEF

In part one of the complaint the Plaintiff is seeking half of maximum amount of each violation of the TCP Act which would be $750 per call. Since there was a total of 200 calls and Plaintiffs is only seeking for the 200 calls (a total of 200 calls at $750 per call is a total of $150,000 and the $10,000 for part two of the complaint of all violations of the State Usery Laws, the State Consumer Protection Laws and the Truth In Lending Act will be a total of $160,000 of total relief sought by Plaintiffs). Total relief sought $160,000. We thank the court for all their time and consideration.



Fingerht c/o Bluestem Brands
6509 Flying Cloud Eden Prairie
MN 55344

BLUE509   553442027-1516   10/04/16
NOTIFY SENDER OF NEW ADDRESS
!BLUESTEM BRANDS INC
7075 FLYING CLOUD DR
EDEN PRAIRIE MN 55344-3532

Janal Rehman
1007 E. Harvard St.
Glendale CC. 91205

