**JS 6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMAL REHMAN, et al. | ) | Case No.: CV 16-8413 DSF (JEMx) |
| Plaintiffs, | ) | |
| v. | ) | JUDGMENT |
| FINGERHUT and all Bluestem companies, | ) | |
| Defendants. | ) | |

The Court having ordered that the case be dismissed by consent of the plaintiffs as evidenced by lack of opposition to a motion to dismiss,

IT IS ORDERED AND ADJUDGED that the plaintiffs take nothing and that the action be dismissed.

Dated: 12/13/16

_____
Dale S. Fischer
United States District Judge